# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RONALD SATISH EMRIT,**

    *Plaintiff*,

v.                                          Case No.: 1:22cv57-MW/GRJ

**CENTRAL INTELLIGENCE AGENCY, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Plaintiff filed no objections. Instead, Plaintiff filed a notice of appeal "to have the present case at bar transferred to the Fourth Circuit Court of Appeals in Richmond, Virginia." ECF No. 10 at 1. The notice of appeal does not divest this Court of jurisdiction, because Plaintiff cannot appeal a non-final order of the Magistrate Judge to the Circuit Court of Appeals. If Plaintiff wishes to appeal, Plaintiff must file a new notice of appeal of *this* Order for it to be effective.

To the extent Plaintiff requests this Court to transfer his case, the request for transfer is **DENIED**.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction and improper venue." The Clerk shall close the file.

**SO ORDERED on April 19, 2022.**

s/Mark E. Walker
**Chief United States District Judge**
